```
EDWARD H. KUBO, JR.     2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd.,Room 6100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00199 HG |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | OF INDICTMENT |
| vs. | ) | |
| | ) | |
| WENJUN XU, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF SUPERSEDING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Superseding Indictment against WENJUN XU in the interest of

justice and the fact that the defendant is a fugitive from the United States and his whereabouts are unknown.

DATED:  Honolulu, Hawaii, March 6, 2008.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By  /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

IT IS SO ORDERED.
DATED: March 13, 2008, Honolulu, Hawaii.



 /s/ Helen Gillmor
Chief United States District Judge

United States v. WENJUN XU
Cr. No. 00-00199 HG
Order for Dismissal of Indictment

copies:   United States Marshal
          James Hrysyzen - ICE (Customs)
          Attorney for Defendant